IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SEALED,<br>Defendant. | Criminal No. 97-271(GAG)<br><br>**FILED UNDER SEAL** |

## MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned counsel and before this Honorable Court, respectfully states and prays as follows:

The accompanying envelope contains a pleading that is self-explanatory, related to the above-captioned case. The United States respectfully requests that the pleading be accepted by the Court for filing and appropriate disposition and that it **remain under seal** until further order from this Court.

WHEREFORE, the United States respectfully prays the Court accept and file the mentioned pleading, take appropriate action, and that an order be issued directing it remain under seal until further order by the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 26th day of September, 2007.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

Warren Vázquez
Assistant U. S. Attorney
Acting Deputy Chief, Violent Crimes Unit
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
Hato Rey, Puerto Rico 00918
Tel. 766-5656